UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DARIO GARCIA, Jr.,<br><br>          Plaintiff,<br><br>v.<br><br>SLEELEY, et al.,<br><br>          Defendants. | Case No.: 3:14-cv-01525-JLS-PCL<br><br>**ORDER DENYING PLAINTIFF'S MOTION IN LIMINE**<br><br>**[Doc. 113]** |

Before the Court now is Plaintiff RUBEN DARIO GARCIA, JR., having filed an 18 part motion in limine. (Doc. 113.) These motions range from evidentiary issues to Plaintiff's appearance at trial. (*See id*. at 1-2, 5-6.) Defendants have not filed a response to these, nor was one requested by the Court.

## **BACKGROUND**

As set out more fully in the Court's previous orders, Plaintiff is a prisoner who is making various complaints against numerous defendants. (*See*, *e.g.*, Doc. 62.) Plaintiff specifically contends the Defendants deprived him of his Eighth Amendment rights, First Amendment rights, Fourteenth Amendment rights, conspired to deprive Plaintiff of such rights, and intentionally inflicted emotional distress upon Plaintiff during his incarceration. (Doc. 43.) Currently, the pretrial conference is set for April 18, 2019 before Judge Janis L. Sammartino. (Doc. 111 at 2.)

## DISCUSSION

In his motion, Plaintiff seeks 18 orders in limine. The pretrial conference in this case was originally scheduled for August 28, 2018. (Doc. 67.) However, this was later continued upon the request of Defendants. (Doc. 109.) Although Plaintiff has filed these motions, which are generally considered on the eve of trial, the pretrial conference in this case is not to take place until April 18, 2019. (See Doc. 111.)

The court has reviewed the documents and pleadings in this matter and finds that Plaintiff's motion in limine is premature. Generally, a motion in limine should not be adjudicated until the eve of trial and after a pretrial order has been filed. *See Jones v. Harris*, 665 F. Supp. 2d 384 (S.D. NY 2009). Here, the parties have not yet filed a pretrial order. In fact, discovery in this action is still ongoing and dispositive motions are pending. (*See*, *e.g.*, Docs. 92, 93, 94.) Thus, there is no context for the court to determine the admissibility and relevancy of Johnson's expert report and testimony at this time. Therefore, the court **DENIES** defendants' motion without prejudice.

**IT IS SO ORDERED.**

Dated: June 28, 2018

Hon. Peter C. Lewis
United States Magistrate Judge